### COCHRAN *v.* WHITE; *et vice versa.*

PER CURIAM. These writs of error present the same issues and questions of law as are considered and adjudicated in *Cochran* v. *Groover* (Nos. 3527 and 3546), ante, 323, and concern the disposition of a portion of the same property. The ruling in the *Groover* case therefore is controlling, and the ruling in this case is the same as in that case.

*Judgment reversed on the main bill of exceptions and affirmed on the cross-bill. All the Justices concur, except Russell, C. J., disqualified.*

Description, and names of counsel, as in case next before.